# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No.: 3:14-00027** |
| v. ) | **Judge Sharp** |
| ) | |
| **JEREMY WHEELER** ) | |

## MOTION TO EXTEND THE DEADLINE FOR FILING PRETRIAL MOTIONS

**COMES NOW** Defendant Jeremy Wheeler, by and through his undersigned counsel, and hereby moves this Honorable Court for the entry of an Order extending the deadline for filing pretrial motions until and including October 7, 2014 – the current deadline for motions to continue the trial date. (Docket Entry 12). In support hereof, Defendant Wheeler states as follows:

1. Pursuant to LCrR12.01(b), pretrial motions are due to be filed within twenty-eight (28) days of arraignment, and the current deadline is September 4, 2014.

2. As of this filing, no pretrial motions have been filed on behalf of Defendant Wheeler. Undersigned counsel will require additional time to: (1) consult with Defendant Wheeler who is currently housed in Grayson County, Kentucky; (2) thoroughly review and digest the discovery materials; (3) conduct any necessary investigation; and, (4) identify, research and prepare any necessary pretrial motions.

4. Undersigned counsel anticipates that he will need at least the extension requested herein in order to effectively represent Defendant Wheeler.

5. Assistant United States Attorney Clay Lee has authorized undersigned counsel to

1